UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YENORY PANTOJA,

    Plaintiff,

v.                                                                                   CASE NO. 8:15-cv-1414-T-23MCR

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

A December 3, 2015 report (Doc. 15) recommends granting the Commissioner's motion (Doc. 12) for summary judgment[*] and affirming the Commissioner's decision. More than seventeen days has passed, and the plaintiff fails to object. The report (Doc. 15) is **ADOPTED**, the Commissioner's motion (Doc. 12) is **GRANTED**, and the Commissioner's decision is **AFFIRMED**. The clerk is directed (1) to enter a judgment for the Commissioner and against the plaintiff and (2) to close the case.

ORDERED in Tampa, Florida, on January 14, 2016.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE

---

[*] Although the Commissioner moves (Doc. 12) to dismiss, an October 7, 2015 order (Doc. 14) converts the motion into a motion for summary judgment. *See Trustmark Ins. Co. v. ESLU, Inc.*, 299 F.3d 1265, 1267 (11th Cir. 2002) ("Whenever a judge considers matters outside the pleadings in a 12(b)(6) motion, that motion is thereby converted into a Rule 56 Summary Judgment motion."). The order "notif[ied] the parties that the motion has been converted, and g[a]ve the parties 10 days in which to supplement the record." *Trustmark*, 299 F.3d at 1267.